IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:17-CR-0256-DGK |
| ) | |
| DELRICK L. TAYLOR, ) | |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING THE MAGISTRATE'S REPORT AND RECOMMENDATION
DENYING DEFENDANT'S MOTIONS TO SUPPRESS AND DISMISS**

Pending before the Court are Defendant's Motion to Suppress Evidence From a Postal Interdiction (Doc. 11), Defendant's Motion to Dismiss on Grounds of Pre-Indictment Delay (Doc. 12), and United States Magistrate Judge John Maughmer's Report and Recommendation (Doc. 24) denying the motions.

After reviewing the report and conducting an independent review of the applicable law and record, *see* L.R. 74.1(a)(2), the Court ADOPTS the Report and Recommendation (Doc. 24) and DENIES the motions (Docs. 11-12).

**IT IS SO ORDERED.**

Date:  May 24, 2018               /s/ Greg Kays
                                  GREG KAYS, CHIEF JUDGE
                                  UNITED STATES DISTRICT COURT